# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## PROBATION OFFICE

YADOR J. HARRELL
CHIEF U.S. PROBATION OFFICER

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 3, 2009

**RECEIVED**

MAR 3 2009

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

**MEMORANDUM**

The Honorable Susan Illston
United States District Judge

Re: James Stanley Koenig
Docket No. CR 84-0685 EFL

### RELEASE OF PRESENTENCE REPORT

Your Honor:

This letter is to request that the Court authorize the release of the presentence report and other related documents to the State of California Department of Social Services Community Care Licensing Division Investigations Branch.

On March 14, 1986, James Stanley Koenig was sentenced by the Honorable Eugene F. Lynch in the Northern District of California after pleading guilty to the following violation: 18 U.S.C. § 1341 - Mail Fraud. The Court sentenced the offender to a total term of two and one-half years custody. The Court further ordered that the defendant shall be on supervised release for a period of five years. The Court further ordered the following special conditions include: restitution not to exceed five million dollars; financial disclosure; and sign Confession of Judgment for any unsatisfied restitution claim.

On approximately January 25, 1993, the offender terminated supervision.

On November 25, 2008, the undersigned received a letter from Gary Butler, Senior Special Investigator for the California Department of Social Services. He reported that their agency is conducting an investigation regarding the offender. They are requesting copies of the arrest report, judgment order(s), and presentence report. He states these records are required under Health and Safety Sections 1522(e) and 1596.87(E), Penal Code Section 11166.2.

It is respectfully recommended that the Court authorize the release of these documents.

Respectfully submitted,

_____
Octavio E. Magaña
U.S. Probation Officer Specialist
Date Signed: March 3, 2009

Approved as to form:

_____
Robert E. Tenney
Supervisory U.S. Probation Officer

---

☒ It is ordered that the presentence report and other related court documents to be released to the State of California Department of Social Services
☐ Other:

3/4/09
_____
Date

_____
Susan Illston
United States District Judge